IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | **FILED** **FEBRUARY 27, 2008** MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| Plaintiffs, | ) ) | PH |
| v. | ) ) | Case No. **08 C 1190** |
| HILL-THOMAS LIME & CEMENT COMPANY, an Illinois corporation, | ) ) ) | Honorable District Judge **JUDGE MAROVICH MAGISTRATE JUDGE COX** |
| Defendant. | ) ) | |

### COMPLAINT

Plaintiffs Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and Howard McDougall, one of its present Trustees, for their causes of action against Defendant Hill-Thomas Lime & Cement Company, an Illinois corporation ("Hill-Thomas"), allege as follows:

### JURISDICTION AND VENUE

1.  This is an action for collection of withdrawal liability, interest, and penalties incurred by an employer as a result of a withdrawal from the Pension Fund.

2.  This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001, et seq. (1982). This Court has jurisdiction over this action under Sections 502(e), 502(f), and 4301(c) of ERISA, 29 U.S.C. § 1132(e), 1132(f), and 1451(c).

3.  The Pension Fund is administered at its principal place of business located in Rosemont, Illinois. Venue is proper in this District under Sections 502(e)(2) and 4301(d)

of ERISA, 29 U.S.C. § 1132(e)(2) and 1451(d).  Venue is also proper in this district under the Pension Fund Trust Agreement.

## PARTIES

4.  Plaintiff Pension Fund is a multiemployer pension plan within the meaning of Sections 3(37) and 4001(a)(3) of ERISA, 29 U.S.C. § 1002(37) and 1301(a)(3), and an employee benefit plan within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3).

5.  Plaintiff Howard McDougall is a present Trustee of the Pension Fund and the Trustees are collectively the plan sponsor of the Pension Fund within the meaning of Section 4001(a)(10)(A) of ERISA, 29 U.S.C. § 1301(a)(10)(A).

6.  Pursuant to Sections 502(a)(3) and 4301(a)(1) of ERISA, 29 U.S.C. §§ 1132(a)(3) and 1451(a)(1), the Trustees, including Plaintiff Howard McDougall, are authorized to bring this action on behalf of the Pension Fund, its participants, and beneficiaries for the purpose of collecting withdrawal liability.

7.  Defendant Hill-Thomas is or was an Illinois corporation with its principal place of business located in the State of Illinois.  Hill-Thomas is an "employer" and a "party-in-interest" as those terms are defined by, respectively, Sections 3(5) and (14)(c) of ERISA, 29 U.S.C. §§ 1002(5) and 1002(14)(c).

## CLAIM FOR RELIEF

8.  Hill-Thomas was subject to collective bargaining agreements executed between itself and Local Unions of the International Brotherhood of Teamsters, under which it was required to make contributions to the Pension Fund on behalf of certain of its employees.

9. On or about May 26, 2007, Hill-Thomas permanently ceased to have an obligation to contribute to the Pension Fund thereby effecting a "complete withdrawal" as defined in Section 4203 of ERISA, 29 U.S.C. § 1383.

10. As a result of this complete withdrawal, Hill-Thomas incurred withdrawal liability to the Pension Fund in the amount of $130,711.24 as determined under Section 4201(b) of ERISA, 29 U.S.C. § 1381(b).

11. On or about November 16, 2007, Hill-Thomas received a notice and demand for payment of withdrawal liability issued by the Pension Fund in accordance with Sections 4202(2) and 4219(c)(5)(B) of ERISA, 29 U.S.C. § 1382(2) and 1399(c)(5)(B). The notice notified Hill-Thomas that it was required to discharge its liability in one lump sum in the amount of $130,711.24.

12. Hill-Thomas has not requested a review of the withdrawal liability pursuant to § 4219(b)(2)(A) of ERISA, 29 U.S.C. § 1399(b)(2)(A).

13. Hill-Thomas has failed to make the withdrawal liability payment to the Pension Fund and is in default within the meaning of Section 4219(c)(2), (5) of ERISA, 29 U.S.C. § 1399(c)(2), (5).

14. Consequently, the amount demanded by the Pension Fund is due and owing pursuant to Section 4221(b)(1) of ERISA, 29 U.S.C. § 1401(b)(1) and Hill-Thomas is liable for the withdrawal liability in the amount of $130,711.24.

WHEREFORE, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, one of its present Trustees, request the following relief:

A. A judgment against Defendant Hill-Thomas Lime & Cement Company, an Illinois corporation and on behalf of Plaintiffs, pursuant to Section 502(g) of ERISA, 29 U.S.C. § 1132(g)(2), for:

      (1)    withdrawal liability in the amount of $130,711.24;

      (2)    interest on the entire amount of the withdrawal liability assessment computed and charged at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which the interest is charged;

      (3)    an amount equal to the greater of the interest on the withdrawal liability or liquidated damages of twenty percent (20%) of the unpaid withdrawal liability; and

      (4)    attorney's fees and costs.

B.    Post-judgment interest computed and charged at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which the interest is charged; and

C.    For such further or different relief as this Court may deem proper and just.

                              Respectfully submitted,

                              /s/ Anthony E. Napoli
                              Anthony E. Napoli
                              Attorney for Plaintiffs
                              Central States, Southeast and
                              Southwest Areas Pension Fund
                              9377 W. Higgins Road, 10th Floor
                              Rosemont, Illinois  60018-4938
                              (847) 518-9800, Ext. 3702
                              ARDC # 06210910
                              tnapoli@centralstatesfunds.org