AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund and Howard McDougall, trustee

V.

Hill-Thomas Lime & Cement Company, an
Illinois corporation

CASE NUMBER: **08 C 1190**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MAROVICH
MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Hill-Thomas Lime & Cement Company, an Illinois corporation
c/o Robert R. Thomas, Registered Agent
2111 St. Louis Avenue
East St. Louis, IL 62202

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anthony E. Napoli
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 27, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 3, 2008, 12:30 P.M. |
| NAME OF SERVER (PRINT) STORMI L. SMITH / MARKELL & ASSOC | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: HILL-THOMAS LIME & CEMENT CO. N/K/A HILL-THOMAS BRICK CO., BY PERSONAL SERVICE ON KEVIN HOFFMAN, PERSON-IN-CHARGE, AT 2111 ST. LOUIS AVE., E. ST. LOUIS, IL. 62202

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 3, 2008        *Signature of Server* Stormi L. Smith
            Date

MARKELL & ASSOC
2300 WEST PORT PLZ. DR., STE. 202
ST. LOUIS, MO 63146
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.