# EXHIBIT 2

Case 1:08-cv-01190   Document 10-3   Filed 04/29/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1190 |
| HILL-THOMAS LIME & CEMENT COMPANY, an Illinois corporation, | ) ) ) | Honorable George M. Marovich District Judge |
| Defendant. | ) ) | |

## AFFIDAVIT OF ANTHONY E. NAPOLI

State of Illinois   )
                    ) SS
County of Cook   )

I, Anthony E. Napoli having been duly sworn on oath, depose and state as follows:

1. I am an attorney employed by the Central States, Southeast and Southwest Areas Pension Fund ("Pension Fund") and I am familiar with the pending litigation.

2. I graduated from the DePaul University College of Law in 1992. I was admitted to the bar of the State of Illinois on November 5, 1992 and admitted to practice in the United States District Court for the Northern District of Illinois in November 1996. I have worked as an attorney responsible for ERISA contribution and withdrawal liability litigation since 1996.

3. I have reviewed the Pension Fund's billing records and have determined that I have rendered actual, necessary legal services in connection with this case with the prosecution of this action. The legal services consists of 10.0 hours at the rate of $200.00 per hour for total attorneys' fees in the amount of $2,000.00.

4. The legal services are briefly summarized as follows: review file, including collective bargaining agreement, participation agreement, and withdrawal liability claim; conferences with client representatives; investigation of current address to obtain service of summons and complaint; preparation of complaint and appearance, correspondence and conference with counsel for Defendant and preparation of proposed consent judgment; preparation of summons; court appearance; preparation of motion for entry of judgment by default, including supporting affidavits, exhibits, and proposed judgment order.

5. Based upon my experience in similar cases, I believe that the above rates are at or below the market rate charged for similar legal work and therefore, are reasonable. I also believe that the amount of time spent by me on this case is reasonable. On that basis, the total of legal fees incurred in this matter is $2,000.00.

6. The Pension Fund has also incurred the following costs in connection with this litigation in the total amount of $475.00, consisting of Filing Fee in the amount of $350.00 and service of process fee in the amount of $125.00.

7. I believe that the aforementioned legal fees and costs were necessarily incurred and are reasonable in amount.

**FURTHER AFFIANT SAYETH NOT.**

_____
Anthony E. Napoli

Subscribed and sworn to before me,
a Notary Public, this 29th day of
April, 2008.

_____
Notary Public

*Official Seal*
*Karl Schofield*
*Notary Public State of Illinois*
*My Commission Expires 10/09/2011*