IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, ) ) ) ) | | |
| Plaintiffs, ) ) | | |
| v. ) ) | Case No. 08 C 1190 | |
| HILL-THOMAS LIME & CEMENT COMPANY, ) an Illinois corporation, ) ) | Honorable George M. Marovich District Judge | |
| Defendant. ) | | |

## JUDGMENT ORDER

At Chicago, Illinois, in the District and Division aforesaid, before the Honorable George M. Marovich, District Judge.

This cause coming to be heard this 6th day of May, 2008, on Plaintiffs' Motion for Entry of Order of Default and Judgment by Default, due notice having been served, and it appearing of record that a Complaint for collection of withdrawal liability, interest, and statutory damages under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, et seq., as amended by the Multiemployer Pension Plan Amendments Act of 1980, was filed by Plaintiffs on September 11, 2007; that Defendant Hill-Thomas Lime & Cement Company, an Illinois corporation was served by delivery of Summons and Complaint on March 3, 2008; that Defendant has failed to appear, answer, or otherwise plead to the Complaint; that Plaintiffs have submitted affidavits in support of judgment; and the Court having fully considered the Complaint, the Motion for Entry of Default and Judgment by Default and supporting affidavits, and the record in this case does hereby

find: (i) that this Court has jurisdiction of the action; (ii) that an order of default against Defendant is proper; (iii) that judgment by default may properly be entered in favor of Plaintiffs and against Defendant Hill-Thomas Lime & Cement Company, an Illinois corporation; and (iv) that Plaintiffs have established by evidence satisfactory to this Court that judgment should be entered against Defendant for the principal amount, interest, liquidated damages, attorneys' fees, and costs ordered hereinbelow, wherefore:

**IT IS ORDERED**:

A. Judgment by default be and is hereby entered in favor of Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, and against Hill-Thomas Lime & Cement Company, an Illinois corporation in the total amount of $163,876.16. The judgment amount consists of: (i) withdrawal liability in the amount of $130,711.24; (ii) interest in the amount of $4,547.67; (iii) liquidated damages in the amount of $26,142.25; (iv) attorneys' fees in the amount of $2,000.00; and (v) costs in the amount of $475.00 awarded pursuant to 29 U.S.C. § 1132(g)(2).

B. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

C. Specifically excluded from this judgment and not barred under claim preclusion are any claim for employer contributions (or interest and statutory damages thereon) for any period of time on behalf of employees whose work history was not reported or was inaccurately reported to the Pension Fund.

D. That Plaintiffs are awarded execution for the collection of the judgment and costs granted.

      E.    That the Court retain jurisdiction of the cause for the purpose of enforcing this Order.

Enter:

Dated: _____

_____
United States District Judge

Order prepared by
attorney for Plaintiffs:

Anthony E. Napoli
Central States, Southeast and
Southwest Areas Pension Fund
9377 West Higgins Road
Rosemont, Illinois 60018-4938
(847) 518-9800, Ext. 3702