IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, and HOWARD McDOUGALL, trustee, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1190 |
| HILL-THOMAS LIME & CEMENT COMPANY, an Illinois corporation, | ) ) ) | Honorable George M. Marovich District Judge |
| Defendant. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 6, 2008, at the hour of 10:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable George M. Marovich, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 1944-C, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present the attached Plaintiffs' Motion For Entry of Order of Default and Judgment by Default.

        Respectfully submitted,

        /s/ Anthony E. Napoli
        Anthony E. Napoli
        Attorney for Plaintiffs
        Central States, Southeast and
        Southwest Areas Pension Fund
        9377 W. Higgins Road, 10th Floor
        Rosemont, Illinois 60018-4938
        (847) 518-9800, Ext. 3702
        ARDC # 06210910
        tnapoli@centralstatesfunds.org

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, certify that on 29th day of April 2008, I caused the foregoing Plaintiffs' Notice of Motion and Motion for Entry of Order of Default and Judgment by Default to be filed electronically. I served the foregoing by efiling and mailing said Notice of Motion and Motion to:

> Hill-Thomas Lime & Cement Company, an Illinois Corporation
> c/o Robert R. Thomas, Registered Agent
> 2111 St. Louis Avenue
> East St. Louis, IL 62202

Said Notice and Motion was efiled and mailed this 29th day of April 2008.

/s/ Anthony E. Napoli
Anthony E. Napoli
One of Central States' Attorneys