

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1190 | DATE | 5/6/2008 |
| CASE TITLE | Central States, Southeast and Southwest Areas Pension Fund, et al.<br>V.<br>Hill-Thomas Lime & Cement Company | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiffs' motion for entry of order of default and judgment by default [10] is granted. Defendant is held in default. Court enters judgment in favor of plaintiffs and against defendant in the amount of $163,876.16 plus post-judgment interest. Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CW |
|---|---|---|