## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1190            Assigned/Issued By: j. n.

Judge Name:                      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                    Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☑ Citation to Discover Assets            *(Victim, Against and $ Amount)*

☐ Writ _____                        ☐ Other _____
   *(Type of Writ)*                         _____
                                            *(Type of issuance)*

_1_ Original and _1_ copies on _5-21-08_ as to _hill-thomas lime and cement_
                        *(Date)*
company ( no notice filed) _____

_____