

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST and           )
SOUTHWEST AREAS PENSION FUND and        )
HOWARD McDOUGALL,                       )
             Plaintiffs,                )
     -vs-                              )
                          )    CASE NO.    08 C 1190
HILL-THOMAS LIME & CEMENT CO. an        )    JUDGE GEORGE MAROVICH
Illinois corporation,                   )    MAGISTRATE JUDGE COX
             Defendant,                 )
        and                           )
                          )
FIRST ILLINOIS BANK,                    )
          Garnishee-Defendant.        )
                          )

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Anthony E. Napoli, on oath states:

1.     Judgment was entered on **May 6, 2008**, for judgment creditor(s) Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall and against judgment debtor Hill-Thomas Lime & Cement Co., for **$163,876.16** and costs.

2.     $_____-0-_____ has been paid on judgment.

3.     There is unpaid on the judgment:

     $163,876.16  principal

     $     -0-    cost

     $   2,713.64  interest

     $166,589.80  TOTAL

**FILED**

AUG 1 1 2008

Aug 11, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

4.     I believe garnishee **First Illinois Bank** is indebted to the judgment debtor, other than wages, or has in its possession, custody or control property belonging to judgment debtor or in which the judgment debtor has an interest.

5.     I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON:    August 11, 2008

NAME:            Anthony E. Napoli
ATTORNEY FOR:  Central States Funds, et al.
ADDRESS:       9377 West Higgins Road
CITY:             Rosemont, Illinois  60018-4938
TELEPHONE:    847-518-9800, Ext.3702

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL STATES, SOUTHEAST and )
SOUTHWEST AREAS PENSION FUND and )
HOWARD MCDOUGALL, )
        Plaintiffs, )
    -vs- )
    )     CASE NO.   08 C 1190
HILL-THOMAS LIME & CEMENT CO., an Illinois )     JUDGE MAROVICH
corporation, )     MAGISTRATE JUDGE COX
        Defendant, )
    and )
    )
FIRST ILLINOIS BANK )
        Garnishee-Defendant. )
    )
    )

### INTERROGATORIES TO GARNISHEE

1.    When you were served with the summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which the judgment debtor had an interest?

ANSWER:     _____
            (Yes or No)

2.    If your answer is yes, describe the property:

_____

_____

_____

3.    When you were served with the summons, were you otherwise indebted to the judgment debtor, no matter when payable?

ANSWER:     _____
            (Yes or No)

4.    If your answer is yes, state:

    Description: _____

    Amount:    $ _____

    Date Due:   _____

### AFFIDAVIT

_____ on oath states that the answers to the

interrogatories are true.